JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MARIE GORMAN, | Case No. 5:18-cv-00493-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: June 14, 2019

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE